No. 00–842. BRADNEY ET AL. *v.* E. I. DU PONT DE NEMOURS & COMPANY PENSION RETIREMENT PLAN ET AL. C. A. 6th Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 00–819. CORPORATION COUNSEL OF THE CITY OF NEW YORK *v.* ERIK M. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 00–874. MATTHEWS *v.* HOWARD COUNTY, MARYLAND, ET AL. C. A. 4th Cir. Motion of Center for Equal Opportunity et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 00–880. BARNES *v.* MCDONALD'S CORP. C. A. 8th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 00–7146. LAU *v.* MEDDAUGH ET AL. C. A. 2d Cir. Certiorari before judgment denied.

No. 00–295. SIDDIQUI *v.* NORTHERN TELECOM, INC., *ante,* p. 929;
No. 00–297. LIVINGSTON DOWNS RACING ASSN., INC. *v.* LOUISIANA STATE RACING COMMISSION, *ante,* p. 1011;
No. 00–510. SMITH *v.* OREGON STATE DEPARTMENT OF REVENUE ET AL., *ante,* p. 1013;
No. 00–585. DINH TON THAT *v.* 3D SYSTEMS, INC., ET AL., *ante,* p. 1014;
No. 00–715. ROBERTSON *v.* COMPTROLLER OF THE TREASURY OF MARYLAND, *ante,* p. 1037;
No. 00–762. METCALF *v.* UNITED STATES, *ante,* p. 1053;
No. 00–5313. SIMPSON *v.* FLORIDA DEPARTMENT OF CORRECTIONS, *ante,* p. 994;
No. 00–5938. LIU *v.* NAOMI ET AL., *ante,* p. 966;
No. 00–6175. CORNELIUS *v.* MITCHUM ET AL., *ante,* p. 1016;
No. 00–6241. ARCHER *v.* VALLEY HEALTHCARE CORP. ET AL., *ante,* p. 1017;

No. 00–6315. WENGER v. CANASTOTA CENTRAL SCHOOL DISTRICT ET AL., *ante*, p. 1019;

No. 00–6442. HOLMAN v. KEMNA, SUPERINTENDENT, CROSSROADS CORRECTIONAL CENTER, *ante*, p. 1021; and

No. 00–6698. VALOIS v. UNITED STATES, *ante*, p. 1025. Petitions for rehearing denied.

No. 00–5458. CLARKE v. UNITED STATES, *ante*, p. 905. Motion for leave to file petition for rehearing denied.

JANUARY 29, 2001

No. 00–1047. MARICOPA COUNTY v. ISBELL ET AL. Sup. Ct. Ariz. Certiorari dismissed under this Court's Rule 46.1.

JANUARY 30, 2001

No. 00A646. BELL, WARDEN v. WORKMAN. Application to vacate the stay of execution of sentence of death entered by the United States Court of Appeals for the Sixth Circuit on January 26, 2001, presented to JUSTICE STEVENS, and by him referred to the Court, denied.

FEBRUARY 1, 2001

No. 00–7717 (00A625). LINGAR v. MISSOURI. Sup. Ct. Mo. Application for stay of execution of sentence of death, presented to JUSTICE THOMAS, and by him referred to the Court, denied. Certiorari denied.

FEBRUARY 6, 2001

No. 00–8431 (00A669). IN RE LINGAR. Application for stay of execution of sentence of death, presented to JUSTICE THOMAS, and by him referred to the Court, denied. Petition for writ of habeas corpus denied.

FEBRUARY 7, 2001

No. 00–7523. BARRIENTES v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari dismissed under this Court's Rule 46.